UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRENT ANTHONY TORRES                                                                               PLAINTIFF

v.                                              No. 2:23-CV-2007

JUDGE MARC McCUNE,
DR. WHITE                                                                                          DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 6) ("R&R") from Chief United States Magistrate Judge Mark E. Ford. Plaintiff filed an amended complaint (Doc. 7) which the Court will construe as objections to the R&R. Following preservice screening under 28 U.S.C. § 1915A, the Magistrate Judge recommends that Plaintiff's complaint be dismissed without prejudice because his claims against Judge McCune are barred by the doctrine of judicial immunity. *See, e.g.*, *Robinson v. Freeze*, 15 F.3d 107, 108 (8th Cir. 1994). The Magistrate Judge further recommends Plaintiff's medical indifference claim be dismissed for failure to state a plausible claim against Dr. White. The Court has conducted a de novo review of the R&R. 28 U.S.C. § 636(b)(1)(C). Plaintiff's amended complaint offers neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's complaint and amended complaint (Docs. 1, 7) are DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 3rd day of March, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE